○ AO 458 (Rev. 10/95 - Rev. D. MA 2/07)  Appearance - Criminal

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
V.

Manuel Rosario Herrera

**APPEARANCE**

Case Number: 17-10112

*filed in open court 5/17/17 /s/ VB*

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Manuel Rosario Herrera

I certify that I am admitted to practice in this court.

Attorney Designation in Criminal Cases:
- [ ] CJA Appointment
- [ ] Federal Public Defender
- [x] Retained
- [ ] Pro Bono

Date: 5·17·17

Signature: /s/

Print Name: J. Bruce Linson

Address: 240 Commercial St #5A

City: Boston   State: MA   Zip Code: 02109

Phone Number: 617 371·0900

Fax Number: 617 371·0904