UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

  v.           Criminal Complaint
                No. 17-10112-ADB
MANUEL ROSARIO HERRERA


DEFENDANT'S MOTION TO SUPPRESS EVIDENCE

NOW COMES the defendant, Manuel Rosario, and respectfully moves this Honorable Court, pursuant to Fed.R.Crim.P. 12 and 41, to suppress any and all evidence obtained against him in the above-entitled action as a result of the law enforcement's seizure and subsequent search of his person and/or any place in which he had an expectation of privacy, including the vehicle he was in, on or about December 13, 2016.

As grounds therefore, the officer's stop of the defendant's vehicle, seizure of his person and subsequent warrantless searches of his person and the vehicle violated the Fourth and Fourteenth Amendments of the United States Constitution. Warrantless searches are *per se* unreasonable unless they fall within one of the few narrowly-drawn exceptions to the warrant requirement. <u>Katz v. United States</u>, 389 U.S. 347, 357 (1967).

More specifically, the defendant did not consent to the search of his person or the vehicle. Absent consent on the part of the defendant, any subsequent seizure and search requires probable cause and a warrant or exigent circumstances justifying the lack of a warrant. The law enforcement officers and agents in this case did not have probable cause and a warrant, or exigent circumstances, allowing them to search the defendant, the vehicle or any location in question. In addition, the officers and agents did not observe anything in the defendant's conduct that supplied probable cause for the warrantless search and seizure. Finally, the search was not a valid search incident to a lawful arrest, see <u>Arizona v. Gant</u>, 129 S.Ct. 1710 (U.S. 4/21/2009 No. 07-542), nor was it a lawful <u>Terry</u> search. Accordingly, the evidence obtained in this matter must be suppressed and the case dismissed.

WHEREFORE, the defendant requests, after hearing, this Honorable Court suppress any and all evidenced obtained by law enforcement officials as a result their illegal search and seizure. The defendant further requests that he be allowed the right to supplement this motion with a memorandum of law after the evidentiary hearing in this matter.

                    Respectfully submitted,
                    Manuel Rosario
                    By his Attorney,

                     */s/ Bruce Linson*
                    Bruce Linson
                    BBO # 637413
                    Union Wharf
                    240 Commercial Street
                    Suite 5A
                    Boston, MA  02109
                    (617) 371-0900

DATED: