```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA

    vi.                                  Criminal Complaint
                                            No. 17-10112-ADB

MANUEL ROSARIO HERRERA

## AFFIDAVIT IN SUPPORT OF
## DEFENDANT'S MOTION TO SUPPRESS EVIDENCE

NOW COMES the defendant, Manuel Rosario Herrera, and after being duly sworn, deposes and states as follows:

1. I am the defendant in the above-entitled action.

2. On or about December 13, 2017, the vehicle I was operating was stopped by the Massachusetts State Police.

3. The police detained me and then ordered me to exit the motor vehicle.

4. When I exited the vehicle, the officer continued to detain me and I was not free to leave the area.

5. While the police officer detained and questioned me, he also searched my person as well the vehicle that I had been driving.

6. I never consented to the search of my person or the vehicle.

7. I was never shown a search warrant for the search of my person or the vehicle.

8. Prior to the officer's search I was not told that I was under arrest, nor was I given my *Miranda* warnings.

9. After the officer's search, I was arrested and charged with drug related offenses.

SIGNED UNDER THE PAINS AND PANALTIES OF PERJURY ON THIS THE      DAY OF            , 2017.


                                          /s/
                                    Manuel Rosario Herrera


CERTIFICATE OF SERVICE

I, Bruce Linson, counsel for the Manuel Rosario, hereby certify that I served a copy of the foregoing documents on all parties of record in this matter. Said service was made via the Court's ECF electronic filing system on this the 2nd day of October, 2017.


                                     /s/ Bruce Linson
                                     Bruce Linson