# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | 1:17-CR-10112-ABD |
| VS. ) | |
| ) | |
| MANUEL ROSARIO HERRERA ) | |
| _____ ) | |

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for the defendant in this matter, Mr. Manuel Rosario Herrera.

    Respectfully Submitted,

    MANUEL ROSARIO HERRERA

    By His Attorney,

    /s/Oriosto Medrano Santana
    Oriosto Medrano Santana
    BBO No. 659359
    Forensico LLP
    One International Place, Suite 1400
    Boston, MA 02110
    Tel. 617-519-0604
    Fax 508-655-9301

## CERTIFICATION

I hereby certify that on October 4, 2017 a true copy of the above document was served upon all attorneys of record via ECF filing.

    /s/Oriosto Medrano Santana
    Oriosto Medrano Santana