AO 442 (Rev. 11/11) Arrest Warrant

4031355d
10322707

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

| | | |
|---|---|---|
| United States of America<br>v.<br>MANUEL ROSARIO HERRERA<br><br>_Defendant_ | ) ) ) ) ) ) ) | Case No. 17-10118 (DHH) |

FILED
IN CLERK'S OFFICE
2017 OCT 19 PM 2:15
U.S. DISTRICT COURT
DISTRICT OF MASS.

RECEIVED
U.S. MARSHALS SERVICE
BOSTON, MA
2017 MAY 11 PM 3:01

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ MANUEL ROSARIO HERRERA,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Possession with intent to distribute heroin and cocaine in violation of Title 21 U.S.C § 841(a)(1)

Date: 05/03/2017

_Issuing officer's signature_

City and state: Boston, MA

Honorable M. Page Kelley, U.S. Magistrate Judge
_Printed name and title_

---

### Return

This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____
at _(city and state)_ _____.

Date: _____

WARRANT EXECUTED BY DEA
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 5/17/2017

_Arresting officer's signature_

_Printed name and title_